IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELSEY OUELETTE** | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | **3:14-CV-00712** |
| | : | **(JUDGE MARIANI)** |
| **COTY US, LLC** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW, THIS 25TH DAY OF APRIL, 2016,** upon consideration of Plaintiff's Motion in Limine (Doc. 61), **IT IS HEREBY ORDERED THAT** Plaintiff's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge